TEREZ KRETIK, as Administratrix of the Estate of GEORGE
     KRETIK, Deceased, Respondent, v. THE NEW YORK
     CENTRAL RAILROAD COMPANY, Appellant.

(Submitted April 12, 1920; decided April 20, 1920.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 227 N. Y.
474.)

In the Matter of the Petition of FRANK SCOTT, Appellant,
     Respecting the Validity of the Republican Town
     Caucus in and for the Town of Hanover.

          CLAUDE L. NEWMAN et al., Respondents.

(Submitted April 12, 1920; decided April 20, 1920.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 228 N. Y.
566.)

OSCAR FRIED, Respondent, v. NEW YORK, NEW HAVEN
     AND HARTFORD RAILROAD COMPANY, Appellant.

Reported below, 183 App. Div. 115.

(Argued April 12, 1920; decided April 20, 1920.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered May 10, 1918, affirming
certain interlocutory orders made in an action to recover
for personal injuries.

The motion was made upon the ground that the
orders were discretionary and not appealable, without
permission, to the Court of Appeals.

*Edgar T. Brackett* for motion.

*William Rand* opposed.

Motion denied, without costs, and without prejudice
to consideration on argument of appeal of the question
whether the order specified may be reviewed on appeal
from the judgment herein.